

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr2609-WQH |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| RAQUEL GARCIA, | [ECF No. 16] |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 9] in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: August 7, 2019

Hon. William Q. Hayes
United States District Court